IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>)<br>) | Civil Action No.<br><br>2:06-cv-01173-PMD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGEMEYER NORTH AMERICA, INC.;<br>GREATBANC TRUST COMPANY;<br>M. JOEL BATEMAN; J. RANDALL<br>BISHOP; CHERYL A. BLOCKER;<br>PAULA P. GREER; DEBRA J. GUEST;<br>DAVID G. GUNDLING; SAUNDRA<br>GUSSMAN; DEBORAH B. HOLDEN;<br>ALLISON MAHONEY; AMY T.<br>MAHONEY; ANDROS NEOCLEOUS;<br>CHRISTOPHER C. NOWELL; KIM<br>PALMER; RAYMOND J. PERLOCK;<br>JEFFREY S. ROSENBERG; KENNETH<br>B. SANDS; THOMAS J. STALLINGS;<br>WILLIAM T. TAMSBERG; JAMES R.<br>WARREN; and CAMBAR SOFTWARE, INC.<br>EMPLOYEE STOCK OWNERSHIP PLAN; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT ORDER**<br>**OF DISMISSAL**<br>**AS TO DEFENDANT**<br>**GREATBANC TRUST COMPANY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having dismissed this case as to all defendants--including GreatBanc Trust Company ("GreatBanc")--without prejudice by order of December 19, 2006, and the Court now being advised by Plaintiff that it does not object to the dismissal of GreatBanc with prejudice,

**IT IS ORDERED** that GreatBanc is dismissed with prejudice as a defendant without costs or fees to either Plaintiff or GreatBanc, including any and all claims under the Equal Access to Justice Act, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

1

**IT IS SO ORDERED**.

_____
PATRICK MICHAEL DUFFY
United States District Judge

June 27, 2007
Charleston, South Carolina


The parties, by themselves or their undersigned Counsel, hereby consent to the entry of this Order of Dismissal as to Defendant GreatBanc Trust Company:

| | |
|---|---|
| REGINALD I. LLOYD<br>UNITED STATES ATTORNEY | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
| JOHN H. DOUGLAS (FED ID #587)<br>Assistant U.S. Attorney<br>151 Meeting Street, 2d Floor<br>P.O. Box 978<br>Charleston, SC  29402<br>john.douglas@usdoj.gov<br>843/727-4381 (voice)<br>843/727-4443 (facsimile) | STANLEY E. KEEN<br>Regional Solicitor<br><br>THOMAS C. SHANAHAN<br>Counsel<br><br>GLENN M. LOOS<br>MICHAEL SCHLOSS<br>Senior Trial Attorneys<br><br>By:  *s/ Karen E. Mock*<br>KAREN E. MOCK<br>Senior Trial Attorney<br><br>ROBYN M. SWANSON<br>Trial Attorney<br><br>Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, SW<br>Room 7T10<br>Atlanta, GA  30303<br>404/302-5459 (voice)<br>404/302-5438 (facsimile)<br>mock.karen@dol.gov |

2

loos.glenn.m@dol.gov
schloss.michael@dol.gov
swanson.robyn@dol.gov
Attorneys for Plaintiff

GREATBANC TRUST COMPANY:

_____
Bruce E. Miller, Esq. (#3933)
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828
843/579-7000 (voice)
843/579-8717 (facsimile)
brucemiller@mvalaw.com

Mark E. Furlane, Esq.
David R. Levin, Esq.
Drinker Biddle Gardner Carton LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698
312/569-1000 (voice)
312/569-3000 (facsimile)
mark.furlane@dbr.com
david.levin@dbr.com


Attorneys for GreatBanc Trust Company